IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jack Keener,                                    :
                        Appellant              :        **CASES CONSOLIDATED**
                                               :
            v.                                 :        No. 1003 C.D. 2016
                                               :        No. 1004 C.D. 2016
Commonwealth of Pennsylvania,                  :
Department of Transportation,                  :
Bureau of Driver Licensing                     :

## **O R D E R**

NOW, July 14, 2017, having considered appellant's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge